STATE of Missouri, Respondent,

v.

Elgin Dimarco VINSON, Appellant.

No. 70904.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 9, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 9, 1998.

Rodolfo Rivera, Douglas Forsyth, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

Defendant, Elgin Dimarco Vinson, appeals from the judgment of convictions, entered pursuant to jury verdicts, of stealing over $150.00 by means of coercion and of attempted stealing over $150.00 by coercion. He

was sentenced to consecutive terms of seven years' imprisonment plus $5,000.00 fine and five years' imprisonment, respectively.

No jurisprudential purpose would be served by a written opinion. The judgment of convictions is affirmed pursuant to Rule 30.25(b).